Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 97 C 2199 | **DATE** | 6/15/2000 |
| **CASE TITLE** | | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due _____. Reply to answer brief due _____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry]   Enter stipulated order of dismissal with prejudice.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | number of notices | Document Number |
|---|---|---|---|---|
| | No notices required. | | | |
| | Notices mailed by judge's staff. | | JUN 15 2000 | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | | 252 |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| WAP | courtroom deputy's initials | | date mailed notice | |
| | Date/time received in central Clerk's Office | | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANK A. CALABRESE and KATHLEEN CALABRESE ) ) ) Plaintiffs, ) ) v. ) SQUARE D COMPANY, ) ) Defendant. ) | Civil Action No. 97 C 2199 Honorable Harry D. Leinenweber |

### STIPULATED ORDER OF DISMISSAL

This action comes before the Court on the pleadings and proceedings of record and it has been represented to the Court that plaintiffs, Frank A. and Kathleen Calabrese, ("Calabrese"), and defendant, Square D Company ("Square D"), have agreed to a settlement of all claims, defenses and counterclaims that were or could have been brought in this Civil Action.

WHEREFORE, with the consent of the parties, through their undersigned attorneys, it is hereby finally ORDERED, ADJUDGED and DECREED as follows:

A. All claims, defenses and counterclaims of Calabrese and Square D are hereby dismissed with prejudice.

B. Each party to this Order shall bear its own costs and attorneys' fees.

ENTERED: June 15, 2000

_____
United States District Judge

STIPULATED AND AGREED TO:

_____
Robert E. Wagner
Thomas K. Stine
Richard C. Himelhoch
Wallenstein & Wagner, Ltd.
311 S. Wacker, 53rd Floor
Chicago, Illinois 60606
(312) 554-3300

Attorneys for Plaintiff
Square D Company

_____
Raymond P. Niro
John C. Janka
Christopher J. Lee
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

Attorneys for Frank and
Kathleen Calabrese